[No. 37390-4-II. Division Two. January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY BURTON GOINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00771-1, James W. Lawler, J., entered February 27, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37424-2-II. Division Two. January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. A.L.F., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-01069-5, Wm. Thomas McPhee, J., entered February 5, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37801-9-II. Division Two. January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. N.M.B., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-8-00453-3, Carin Schienberg, J. Pro Tem., entered May 29, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 26484-0-III. Division Three. January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN LAVONT DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00115-1, Carrie L. Runge, J., entered September 25, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.